# SCHEDULE A

## SCHEDULE A

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## SCHEDULE B

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-8028
Owner: Severa Bazan, *et al.*
Acres: 1.179

**Being** a 1.179 acre (51,336 square feet) parcel of land, more or less, being out of the Juan Jose de la Garza Survey, Abstract No. 80, Starr County, Texas, being out of Porción 89, being out of a called 30.87 acre tract conveyed to Matias Bazan by Partition Deed recorded in Volume 51, Page 225, Deed Records of Starr County, Texas (Share 51-A), being the same tract of land conveyed to Tomas Bazan, Gonzalo Bazan, Romana Bazan, Severa Bazan, Demencio Bazan, Matias Bazan, Jr., Constancia Bazan and Ramona Bazan by Affidavit of Heirship recorded in Volume 317, Page 399, Deed Records of Starr County, Texas and being the same tract of land conveyed to Celia Bazan, Cynthia Bazan, Tomas Bazan and Michael Andrew Bazan by Affidavit of Heirship recorded in Volume 1210, Page 304, Official Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Beginning** at a found U.S. Fish and Wildlife Service aluminum disk for the northeast corner of Tract RGV-RGC-8028, said point being at the northeast corner of the 30.87 acre tract and an easterly exterior corner of a called 842.643 acre tract conveyed to the United States of America by Warranty Deed recorded in Volume 1015, Page 532, Official Records of Starr County, Texas "Tract (592)", said point being in the west line of a called 20.612 acre tract conveyed to the United States of America by Warranty Deed recorded in Volume 865, Page 235, Official Records of Starr County, Texas "Tract (593)", said point having the coordinates of N=16635017.305, E=916235.524;

**Thence:** S 09°46'31" W (S 09°15'00" W, Record), with the east line of the 30.87 acre tract and the west line of the 20.612 acre tract, for a distance of 194.90' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8011-2-7=8028-2" for the southeast corner of Tract RGV-RGC-8028, said point being in the east line of the 30.87 acre tract and the west line of the 20.612 acre tract;

**Thence:** N 60°01'27" W, departing the west line of the 20.612 acre tract, over and across the 30.87 acre tract, for a distance of 561.31' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8011-2-9=8028-3" for the west corner of Tract RGV-RGC-8028, said point being in the north line of the 30.87 acre tract and a southerly line of the 842.643 acre tract, said point bears S 52°30'47" E, a distance of 7327.41' from United States Army Corps of Engineers Control Point No. SS13-2019;

## **SCHEDULE C (Cont.)**

**Thence:** S 80°20'32" E (S 80°45'00" E, Record), with the north line of the 30.87 acre tract and a southerly line of the 842.643 acre tract, for a distance of 526.78' to the **Place of Beginning.**

# SCHEDULE D

**SCHEDULE D**

MAP or PLAT

LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | S 09°46'31" W | 194.90' | S 09°15'00" W | N/A |
| L2 | N 60°01'27" W | 561.31' | N/A | N/A |
| L3 | S 80°20'32" E | 526.78' | S 80°45'00" E | N/A |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16635017.305 | 916235.524 | RGV-8011-2-8=8028-1 |
| 2 | 16634825.230 | 916202.433 | RGV-RGC-8011-2-7=8028-2 |
| 3 | 16635105.679 | 915716.207 | RGV-RGC-8011-2-9=8028-3 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



MDS LAND SURVEYING COMPANY, INC.
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7205 SIDNEY BAKER · KERRVILLE, TX 78028 · 830-816-1818

**METES & BOUNDS SURVEY**
**CELIA BAZAN, LIFE ESTATE, ET AL**
**TRACT No. RGV-RGC-8028**
**STARR COUNTY                    TEXAS**

Drawing Ref. No. SHEET 4 OF 5



B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6659
(EMAIL) info@bnfeng.com



US Army Corps of Engineers

MDS PROJ. NO. 18-200-00    FILE NAME: RGV-RGC-8028    DATE: 08/30/2019

## SCHEDULE D (Cont.)



Tract: RGV-RGC-8028
Owner: Severa Bazan, *et al*.
Acreage: 1.179

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tract: RGV-RGC-8028
Owner: Severa Bazan, *et al.*
Acres: 1.179

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the real property described as a 30.87 acre tract, Share 51-A, in the Partition Deed recorded in Volume 51, Page 225, Deed Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E



# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is EIGHT THOUSAND FIVE HUNDRED SIXTY-SEVEN DOLLARS AND NO/100 ($8,567.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Severa Bazan**<br><br>Graciasville, TX   78547<br><br>**Celia Bazan**<br><br>Garciasville, TX 78547<br><br>**Cynthia Bazan**<br><br>Garciasville, TX 78547<br><br>**Tomas Bazan**<br><br>Rio Grande City, TX. 78582<br><br>**Michael Andrew Bazan**<br><br>Garciasville, TX 78547<br><br>**Unknown Heirs of Tomas Bazan**<br>Address Unknown<br><br>**Eva Bazan**<br>Address Unknown<br><br>**Unknown Heirs of Gonzalo Bazan**<br>Address Unknown<br><br>**Unknown Heirs of Romana Bazan Hinojosa**<br>Address Unknown<br><br>**Unknown Heirs of Demencio Bazan**<br>Address Unknown | **RGV-RGC-8028**<br>Warranty Deed, Document #1964-61160; Recorded March 6, 1964, Deed Records of Starr County<br><br>Affidavit of Heirship, Document #1965-66253; Recorded July 22, 1965, Deed Records of Starr County<br><br>Affidavit of Heirship, Document #2008-277834; Recorded September 29, 2008, Deed Records of Starr County |

| | |
|---|---|
| **Unknown Heirs of Constancia Bazan Pena** <br> Address Unknown <br><br> **Unknown Heirs of Ramona Bazan Vela** <br> Address Unknown | |
| **Ameida Salinas** <br> 100 N FM 3167, Room 201 <br> Rio Grande City, Texas 78582 | **Starr County Tax Assessor-Collector** |